IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 JUL 14 A 9: 56

_Henry Joiner_ )
Full name and prison number of )
plaintiff(s) )
 )
 )
v. )     CIVIL ACTION NO. _2:05cv661 - D_
 )     (To be supplied by the Clerk of the
_Montgomery Police Dept._ )     U.S. District Court)
_City of Montgomery_ )
_City Jail of Montgomery_ )
_Montgomery County_ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes (✓)   No ( )

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes (✓)   No ( )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:
      Plaintiff(s) _Henry Joiner_
      Defendant(s) _Les Hayes, III, et. al.,_

   2. Court (if federal court, name the district; if state court, name the county) _U.S. District Court for the Middle District of Alabama Northern Division_

   3. Docket No. _Case No. 2:05-CV-478-F_

   4. Name of Judge to whom case was assigned _Delores R. Boyd_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? Dismissed

6. Approximate date of filing lawsuit May of 2005

7. Approximate date of disposition June 27th, 2005

II. PLACE OF PRESENT CONFINEMENT Hale County Jail Greensboro, Alabama — P.O. Box 190

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Montgomery Municipal Correctional Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Montgomery City Police Dept. | |
| 2. | " " | Correctional Facility |
| 3. | " | , City |
| 4. | " | , County |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 02/28/05

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: The First Sentence Of Menacing 3rd Case Number: 2002CRA002538A

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
I was sentenced on 08/15/02 for Case No: 2002CRA002538A, by the City of Montgomery. See Case No: 2:05-CV-478-F - pages 1 of 3 Attached sheet, Court Transcript and Subpoena Order of 08/15/02. Also See Attached Sheets #1 through #4

-2-

GROUND TWO: *Double-Jeopardy - Case N° 2002CRA002538A "The SECOND Sentencing" of Menacing 3rd*

SUPPORTING FACTS: *I was sentenced on 02/28/05 for Case NO; 2002CRA002538A; for the second time, by the City of Montgomery. See Civil Case NO; 2:05-CV-478-F; Pages 1 of 3 Attached Sheet; Court Transcript, Disposition, and Release form dated 04/17/05*

GROUND THREE: *UNLAWFUL IMPPISONMENT*

SUPPORTING FACTS: *Case N°. 2002CRA002538A 02/28/05 Release Form Attached Sheet of Court Case N°. 2:05-CV-478-F Case N°: 2002CRA002538A 08/15/02*

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
*I want $250,000.00 In Monetary Damages for the Mental Angriest; the Lost of Home, Car, Freedom, Job, and the EXTRADITION to Hale County Jail et.al.,*

*Henry Joiner*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on *07/12/05*.
      (date)

*Henry Joiner*
Signature of plaintiff(s)

*Sworn + Subscribed this 12th day of July, 2005.*
*Evelyn K. Fitzhugh*
*My Commission Expires 2-28-07*