<u>**Montgomery Municipal Court**</u>  
Les Hayes, III—Presiding Judge  
Judge Darron C. Hendley    Judge Karen N. Knight    Judge W. Troy Massey

RECEIVED

2005 JUL 14 A 9: 57

July 7, 2005

Mr. Henry Joiner  
P.O. Box 190  
Montgomery, AL 36744

Dear Mr. Joiner:

You have one outstanding case with our court. You were convicted of Domestic Violence 3rd (Menacing) and ordered to serve 30 days in jail, pay court cost of $191.00 and attend E.V.E.N. classes. As of today you still owe the court cost and a $22.00 warrant fee and you failed to attend the E.V.E.N. program. Please let me know what you would like to do about this case. Send official documentation that shows your date of incarceration, length of sentence and your earliest parole date along with your request.

I have enclosed a copy of your court transcript and a breakdown of what you owed at the time you were arrested on February 25, 2005. If I can be of further assistance to you please do not hesitate to contact me.

                                              Very sincerely yours,

                                              *Marilyn D. Hopkins*  
                                              Marilyn D. Hopkins  
                                              Magistrate  
                                              Montgomery Municipal Court

*Notice attached sheet #4 Order of the Municipal Court Montgomery, Alabama; they ordered "no" E.V.E.N Program. I was sentenced to time served on 8/15/02 after serving 56 days in the City Jail before the Plaintiff made my Bond; Court Reopening attached sheet of Case No; 2:05-CV-478-F.*

*Case was settled on 8/15/02 to by Judge Karen N. Knight.*

COURT TRANSCRIPT

Hold for Co.

MUNICIPAL COURT  
CITY OF MONTGOMERY  
THE STATE OF ALABAMA

DATE: 02/28/05

PROPERTY: _____

TO THE JAILER OF THE CITY OF MONTGOMERY

(2/25)

Name: **HENRY AKA JOINER**     Race: Black     Sex: Male     DOB: 09/24/62

Booking #: 20-0500001284                                    SSN: 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

| C- | NUMBER | CHARGE | | DOCKET NUMBER | DISPOSITION |
|---|---|---|---|---|---|
| A | COMM. | DV 3rd MENACING HARASSMENT | M | 2002CRA002538A | 213.00 or 8 days |
| B | COMM. | DRIVING WHILE SUSP, REV, CANC | M | M3424734 | 244.00 or 9 days |
| C | COMM. | OTHER TRAFFIC VIOLATIONS | M | M3410289 | 192.00 or 7 days |
| D | COMM. | OTHER TRAFFIC VIOLATIONS | M | M3409469 | 192.00 or 7 days |
| E | COMM. | DRIVING WHILE SUSP, REV, CANC | M | M3405229 | 122.00 or 4 days |
| F | COMM. | OTHER TRAFFIC VIOLATIONS | M | M3405228 | 147.00 or 5 days |
| G | COMM. | NO DRIVERS LICENSE | | M2345650 | 139.00 or 5 days |
| H | COMM. | SPEEDING | M | M2345649 | 184.00 or 7 days |

52 DAYS OR $1,433.00

Deft can be released upon payment of 1/2.

2005 FEB 28 P 2:05  
CLERK OF MUNICIPAL COURT

2/28/05

Patrick J. Hundy  
CLERK OF MUNICIPAL COURT

**Defendant's Name:** JONES, HENRY  Attached Sheets #3

| DOB: | 9/24/1962 | Sex: | MALE | Race: | BLACK |

**Alias Warrants (Bail Of Any Form):**

| # | Case Number | UTC Number | Charge Description | Amount |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

**Total Bail Amount (Any Form)** $ 0.00

**Capias Warrants ($500.00 Cash Bail Only - Or Pay Out All Fines And Court Costs):**

| # | Case Number | UTC Number | | Charge Description | Amount |
|---|---|---|---|---|---|
| 1 | 2002CRA002538A | | 22/00 | Domestic Violence 3rd / MENACING | $213.00 |
| 2 | 2002TRT002533 | M3424734 | 22/00 | DRIVING WHILE SUSPENDED | $244.00 |
| 3 | 2001TRT026030 | M3410289 | 22/00 | FAIL POSS/DISPLAY INSURANCE | $192.00 |
| 4 | 2001TRT023625 | M3409469 | 22/00 | FAIL POSS/DISPLAY INSURANCE | $192.00 |
| 5 | 2001TRT005822 | M3405229 | 22/00 | DRIVING WHILE SUSPENDED | $122.00 |
| 6 | 2001TRT005787 | M3405228 | 22/00 | FAIL POSS/DISPLAY INSURANCE | $147.00 |
| 7 | 2000TRT034954 | M2345650 | 22/00 | NO DRIVERS LICENSE | $ 139.00 |
| 8 | 2000TRT034953 | M2345649 | 22/00 | SPEEDING | $ 184.00 |

Montgomery Municipal Court

**Total Fines and Court Costs** $ 1,433.00
**OR**
**Cash Bail Amount** $ 4,000.00

D. Carter /Magistrate/Clerk
02/25/05 Date Served

## IN THE MUNICIPAL COURT OF MONTGOMERY, ALABAMA

CITY OF MONTGOMERY V. _Henry Jones_

CASE NUMBER: _2002 RA 10 2538A_

### ORDER

☐ The Court having conducted a colloquy with the Defendant and ascertained that the Defendant made a knowing and voluntary waiver of counsel -OR-

☒ Defendant was represented by Honorable _Jason M. Miller_

This matter coming to be heard by the Court and Defendant having ( ) been found guilty - OR -
( ) having knowingly and voluntarily entered a plea of guilty to the charge is found guilty of:

_____

It is hereby **ORDERED, ADJUDGED and DECREED** that punishment shall be fixed as follows:

☐ Imprisonment in the Montgomery Municipal Jail for _____ days, with _____ days suspended **CONDITIONED** upon the defendant complying with all orders of the court as follows:

☐ Pay a fine of $ _____ plus Court costs of $ _____ plus Court fees of $ _____ for a total of $ _____ to be paid no later than _____.

☐ Attend and successfully complete the E.V.E.N. Program located at 802 Forest Avenue, Montgomery, AL 36106. Defendant shall contact the program manager at (334) 834-3843 no later 48 hours from the date of this ORDER.

☐ Undergo an alcohol/substance abuse assessment with the Court Referral Program and successfully complete the program recommended by the Court Referral Officer. Defendant is forbidden to consume alcohol until completion of the program.

☒ Defendant shall refrain from intimidating, harassing, assaulting, threatening to assault, or otherwise interfering with the peaceful and lawful pursuits of _Lucy Jellis_ or any other person; furthermore, the Defendant shall not be arrested or otherwise be involved in any criminal activity.

☐ Defendant shall not possess or handle firearms or other weapons specifically designed to injure or mortally wound persons.

☒ Other: _____

_____

DONE and executed by service on the Defendant on _8/15/02_.
                                                    Date

_/s/ [signature]_
Judge
Montgomery Municipal Court
320 North Ripley Street
Montgomery, AL 36104-2722
(334) 241-2776

X _Henry Joiner_

X _Lucy Jelli_