<u>My Objections</u>

#2

Mr. Henry Joiner
P.O. Box 190
Greensboro, Al. 36744

RECEIVED 07/23/05

2005 JUL 25  A 10:19

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Dear Court,
        I strongly Object and Disapprove of the manner inwhich this Court is handling this Case.

(1.) I have sent you proof that I was sentenced on Case Number 2002CRA002 338A in 2002, August, 15

(2.) I have sent to you proof that I was sentenced on the above case no; a second time on the 28 day of Feb. 2005

(3.) With my Objections I am sending more evidence in this Matter such as; Attached Sheets #1 - #5 to farther support my Claim of Double Jeopardy, inwhich I high-lighted most of my points and facts:

#2

④ I will be sending a Notarized written statement from and by the Person who filed the Complaint and warrant of Domestic Violence 3rd (Menacing) Docket Nº. 2002CRA002538A Stating that: I was sentenced by Judge Darron C. Hendley in June, 2002 to time served for the 7 Traffic Tickets by the attached shots that you already have; She will also be giving Sworn Testimony that Judge Hendley also gave me a Bond Reduction that same day; Furthermore she will Swear that she signed my Bond; we wanted to settle things, so on the 13th day of August, 2002 we went in front of Judge Karen N. Knight and she sentenced me to 60 days time served; told me to stay away from Mrs. L. R. Tellis and we both signed Refrain Orders.

⑤ I need a little more time send to you the above facts?

Henry Joiner

Mr. Henry Joiner
P.O. Box 190
Greensboro, Al. 36744

RECEIVED 07/23/05

2005 JUL 25 A 10: 19

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Dear Court,

There is no way that I am going to give-up on this persuit of justice in this Matter. When I get out, which should be with in the next 30 days, I do plan to Hire an Attorney in this matter.

But for the time being am informing this Court that in a few days I'llsend to them, Sworn notarized statements from the Plaintiff, stating the following:

1. Judge Hendley Sentenced Me to time served on 7 Traffic Tickets in June of 2002.

2. He also granted Me a Bond Reduction on June of 2002.

3. The Plaintiff Lucy R. Tellis, later made my Bond for me to get out until 08/15/02

4. The Plaintiff testify that in her statement to this Court that on 08-15-02 Judge Karen N. Knight let me plea guilty to the Menacing 3rd Charge 2002CRA002538A; sentenced me to time served; made us sign Restraning Orders; gave me premittion to get my belongings; etc.

Sincerely Yours,
Henry Joiner