Henry Joiner
P.O. 190
Greensboro, Al. 36744

RECEIVED 2005 JUL 25 A 10:19

Dated: 7/13/05

Dear Judge Hendley,

I wrote this letter to your Office to request the following: The court transcript with the Disposition of Cases No:

2002CRA002538A
2002TRT002533      M3424734
2001TRT026030      M3410289
2001TRT023625      M3409469
2001TRT005822      M3405229
2001TRT005787      M3405228
2000TRT034954      M2345650
2000TRT034953      M2345649

In which you ordered the finite order on the Traffic Tickets, which were for me to serve in the City Jail, 56 days, than you reduced my Bond on Menacing in 2002.

Please send to me a copy of the above for my Records Please Sir?

Sincerely Yours,
Henry Joiner

[Left margin, written sideways:] This is a copy of my letter to Judge Darron C. Hendley and His reply to my request; His office verified and wrote the high-eighted number to the out-side of 7 Traffic Violations, verifying Double Jeopardy on the Tickets.

Henry Joiner
P.O. Box 190
Greensboro, Al. 36744

Dated: 7/13/05

Dear Judge Knight,
I wrote this letter to your Office to request the following:
The Court Transcript with the Disposition of Case No:
2002CRA002538A Menacing 3rd

You made the last Judgement on the case on 8/15/02, please send to me all proceedings Copy for my personal record as soon as you will?
I Thank You very much!

Sincerely Your,

Mr. Henry Joiner

*[Left margin, vertical:] This is a Copy of my Letter to Judge Karen M. Knight!! And #5 Pages Of She Sent To Me.*

# MONTGOMERY MUNICIPAL COURT

#1

**City of Montgomery vs**
HENRY AKA JOINER (SSN: 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)

**Street Address**
3404 OTIS LN

**City, State, ZIP**
MONTGOMERY AL 36108

04/15/2002

**Date of Birth**
09/24/1962

**Sex:** M

**Race:** B

**Docket No.**
2002CRA002538A

**Offense**
06L(05)  DOMESTIC VIOLENCE 3RD (MENACING)

**Date of Arrest:** 04/13/2002   **Officer:** LUCY TELLIS

**Bondsman**

**Bond Amount** 0.00

**First Appearance:** 04/15/2002   **Type of Plea:** N.G   **Findings:** G

**Date of Disposition**

UPON HEARING THE EVIDENCE IN THIS CASE, THE DEFENDANT IS ADJUDGED GUILTY AND IS ORDERED TO:

1. SERVE 30 DAYS IN JAIL  Credit for time served
2. SERVE ___ DAYS IN JAIL AND PAY FINE OF $ ___ DOLLARS, PLUS COURT COSTS $ ___
3. PAY A FINE OF $ 0 DOLLARS, PLUS COURT COST $ 191
4. OTHER Restraining Order

02-11594
213

SO ORDERED

JUDGE, CITY OF MONTGOMERY

DEFENSE COUNSEL

COLLECTION AUG 15 2002

MAY 2005 RE-ARREST & COMMIT

**Date** | **Actions, Judgements, Case notes**

APR 15 2002 | 8-15

FEB 2005 COMMUTE TO ___ DAYS

4-18-05 | SENTENCE SERVED
CLOSED OUT

(SEBP 9/01)

| State of Alabama | | Warrant Number |
|---|---|---|
| Unified Judicial System | **DEPOSITION** | 2002M-2076 |
| Form C-64(a)(front) Rev. 11/92 | | Case Number |

IN THE  **MUNICIPAL**  COURT OF  **MONTGOMERY**, **ALABAMA**
(Circuit, District or Municipal) (Name of Municipality or County)

☐ STATE OF ALABAMA

☒ MUNICIPALITY OF **MONTGOMERY**

v. _____, Defendant

**INSTRUCTIONS: COMPLETE THE FOLLOWING INFORMATION ON THE ACCUSED**

Name of Accused (or Alias): Henry Joines
Telephone Number:
Social Security Number: 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
Driver's License Number:
Date of Birth: 7-24-62
Age: 39
Race: B
Sex: M
Height: 6'2
Weight: 210
Hair: BLK
Eyes: BRO
Complexion:
Address of Accused: 3404 Otis Ln Apt D
City: Montgomery
State: AL
Zip: 36108
Name of Employer:
Employer's Telephone Number:
Address of Employer:
City:
State:
Zip:

**INSTRUCTIONS: COMPLETE THE FOLLOWING INFORMATION ON THE OFFENSE**

Offense: Domestic Violence 3rd Menacing
Date and Time of Offense: 4-13-2002 5am
Place of Occurrence: 3404 Otis Ln Apt D
Person Attacked or Property Damaged: Lucy Tellis
How Attacked: With a Shot Gun and a poster

Did Accused Possess or Use a Weapon? ☒ Yes  ☐ No  Type: He did use a Gun

Damage Done or Injuries Received: _____
Value of Property: _____
Details of Offense: Henry Joniter Take a Gun on me and said He will kill me and I will be back tomorry for you. Bitch a trick to get every thing in here. I will show you something I am not play Call the Law that is what I want you to do so I can die or go to hell. But I am gone to show you something I will kill you. Bitch I am going to kill you. pull the Gun out and point at me put his hand in my face. And said you are going to die Bitch I main that. I am going to show you that I am not playin Call the Law that What I want you to do so I can kill you I will be back. Tim did come back and said what he will do to me. I will kill you Lucy Now. Tim had a Shot Gun and another Gun Bitch I am going to show you something Now. I told Hem to Just leave and give me my key. Get out of my house Now Tim did not carrie what I said. He Just got eary away adout what He going to do to me.

3

Tim was upsait because the Lady Next Door to me told Him Not Let No one in my house when I was at work, she Told the man do not go in lucy house. Them was dink Beer.

When I got off work Tim was Tell me about what she did. I Told hem she was right I do not want know one in My house when I am Not there. at all.

| State of Alabama<br>Unified Judicial System | **COMPLAINT**<br>(Felonies, Misdemeanors, or Violations-<br>District Court or Municipal Court) | Warrant Number<br>2002M02076 |
|---|---|---|
| Form CR-6   Revised 8/98 | | Case Number |

IN THE _____MUNICIPAL_____ COURT OF _____MONTGOMERY,_____ ALABAMA
(Circuit, District or Municipal)                (Name of Municipality or County)

☐ STATE OF ALABAMA
☒ MUNICIPALITY OF MONTGOMERY v. _____HENRY JOINER_____
                                                 Defendant —NWS JACKET NUMBER: 000391118A

Before me, the undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe, that **HENRY JOINER** _____, defendant whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, on or about ___04/13/2002___ (date of occurrence) commit the offense of **DOMESTIC VIOLENCE THIRD DEGREE (MENACING)** _____ within the

☐ County of _____
☒ City/Town of ___MONTGOMERY___ or in the police jurisdiction thereof, in that he/she did:

(State specific facts here. Continue on a separate sheet of paper if needed.) __commit the crime of Menacing pursuant to Code of Alabama 1975, Section 13A-6-23, in that he/she did, by physical action, intentionally place or attempt to place another person in fear of imminent serious physical injury, and the victim is a current or former spouse, parent, child, or a person with whom the defendant has a child in common, a present or former household member, or a person who has or had a dating or engagement relationship with the defendant,__

in violation of
☐ Section _____, Code of Alabama 1975.
☒ Municipal Ordinance Number ___125-79___, which embraces Section ___13A-6-132(a)___ Code of Alabama 1975, previously adopted, effective and in force at the time the offense was committed.
☐ Other _____

Sworn to and Subscribed before me this
___13TH___ day of
___APRIL___, ___2002___

_____
Judge/Magistrate/Warrant Clerk

_Lucy Tellis_
Complainant

Address _____

Telephone Number _____

| Name | Address | Telephone Number |
|---|---|---|
| | | |

Additional Witnesses on Reverse Side.

# WARRANT OF ARREST
(Felonies, Misdemeanors, or Violations)

State of Alabama
Unified Judicial System
Form C65 (front)   Revised 11/92

Warrant Number: **2002M02076**
Case Number:

\# 5

IN THE **MUNICIPAL** COURT OF **MONTGOMERY, ALABAMA**
(Circuit, District, or Municipal)   Name of Municipality or County

[ ] STATE OF ALABAMA
[X] MUNICIPALITY OF **MONTGOMERY**

v. **HENRY JOINER**

NWS JACKET NUMBER: **000391118A**
, Defendant

**TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA:**

[X] Probable cause has been found on Complaint filed in this Court Against (name or description of person to be arrested) **HENRY JOINER**

Charging: [description of offense(s)] **DOMESTIC VIOLENCE THIRD DEGREE (MENACING)**

in violation of **§13A-6-132(a) Code of Alabama 1975, duly adopted by Section 1-9, Montgomery City Code, 1980**  ; OR

[ ] An indictment has been returned by the Grand Jury of this county against (name of person to be arrested) _____

Charging: [description of offense(s)] _____

in violation of _____

[X] **YOU ARE THEREFORE ORDERED** to arrest the person named or described above and bring that person before a judge or magistrate of this Court to answer the charges against that person and have with you then and there this warrant with your return thereon. If a judge or magistrate of this Court is unavailable, or if the arrest is made in another county, you shall take the accused person before the nearest or most accessible judge or magistrate in the county of arrest.

[X] You may release the accused person without taking the accused person before a judge or magistrate:

[X] If the accused person enters into a bond in the amount of $ **1,000.00** with two good sureties approved by an authorized officer or by depositing cash or negotiable bonds in the amount with the court clerk; OR

[X] If the accused person posts an appearance bond in the amount of $ **1,000.00**

[ ] On his or her personal recognizance.

Saturday, April 13, 2002 at 7:28 AM
Date

_____
Judge/Magistrate/Clerk