Henry Joiner
Hale County Jail
70 Correction Drive
Greensboro, AL 36744

Additional Defendants TO BE Added TO Civil Action Suit. Case Number 2:05-CV-661-D(wo)

Defendants List Of Names:

1. The State Of Alabama
2. Montgomery City Police Department's Cheif Of Police
3. Montgomery City Jail's Warden Mr. W.R. Collins
4. Montgomery City Jail's Assistant Warden; M.E. Brantley
5. Montgomery Municipal Court System
6. Judge: Les Hayes, III — Presiding Judge
7. " : Darron C. Hendley
8. " : Karen N. Knight
9. " : W. Troy Massey
10. The Montgomery Municipal Court's Clerk Office Staff
11. Mr. Patrick J. Murphy
12. Marilyn D. Hopkins
13. The Montgomery City Probation Office Staff
14. The Arresting Officers: RALEIGH S. ROWAN SR, ID#1682
15. " : WILLIAM J. THORNTON, ID#1428
16. " : JAMES C. WELCH, ID#361

2005 JUL 26 RECEIVED

Attached Sheets #6-#8, are additional Proof of my Civil Cliams Cases #: 2:05-CV-661-D(wo) and 2:05-CV-478-F.
I want to Appeal Both Cases; and I also have a Witness who is the Plaintiff on the (Menacing) 2002CRA002538A
Please send me a form to have Her fill-out and Notarize as Witness to my Claims; Add the #7 Traffic Violations to My Claims.

CITY OF MONTGOMERY
THE STATE OF ALABAMA

Location of Arrest: 3400 Blk of Otis    Dist. _____    Date: 02/25/2005
Warrant Number: Capias X 8    SSN: 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    Time: 22:15:40
Name: HENRY AKA JOINER    Race: Black    Sex: Male    DOB: 09/24/62
Address: 3404 OTIS LN APT D; MONTGOMERY, AL 36108

| # | Case No. | | Charge | | Warrant |
|---|---|---|---|---|---|
| 1) | 200500001284 | A | COMM. ~~HARASSMENT~~ DV3rd MENACING | M | 2002CRA002538A |
| 2) | 200500001284 | B | COMM. DRIVING WHILE SUSP, REV, CANC | M | M3424734 |
| 3) | 200500001284 | C | COMM. OTHER TRAFFIC VIOLATIONS | M | M3410289 |
| 4) | 200500001284 | D | COMM. OTHER TRAFFIC VIOLATIONS | M | M3409469 |
| 5) | 200500001284 | E | COMM. DRIVING WHILE SUSP, REV, CANC | M | M3405229 |
| 6) | 200500001284 | F | COMM. OTHER TRAFFIC VIOLATIONS | M | M3405228 |
| 7) | 200500001284 | G | COMM. NO DRIVERS LICENSE | | M2345650 |
| 8) | 200500001284 | H | COMM. SPEEDING | M | M2345649 |
| 9) | 200500001284 | I | | | |
| 10) | 200500001284 | J | | | |
| 11) | 200500001284 | K | | | |
| 12) | 200500001284 | L | | | |
| 13) | 200500001284 | M | | | |
| 14) | 200500001284 | N | | | |
| 15) | 200500001284 | O | | | |
| 16) | 200500001284 | P | | | |
| 17) | 200500001284 | Q | | | |
| 18) | 200500001284 | R | | | |
| 19) | 200500001284 | S | | | |
| 20) | 200500001284 | T | | | |
| 21) | 200500001284 | U | | | |

**Hold for Co.** (stamp)

*Also To Be Added To Civil Action Case № : 2:05-CV-661-D;*
*False Imprisonment And Double Jeopardy for the above Cases; 2,B; 3,C; 4,D; 5,E; 6,F; 7,G; 8,H;*

**Hold for Co.** (stamp)

*Additional Names of Defendants to be Added to Civil Action Case № : 2:05-CV-661-D*

Arresting Officers: RALEIGH S ROWAN SR, ID# 1682
                    WILLIAM J THORNTON, ID# 1428
Booking Officer:    JAMES CHRISTOPHER WELCH, ID# 361

Cash: _____    Property: _____

2005 JUL 26 A RECEIV

Release Date: *April 17, 05*  #7

Page 1 of 1

COURT TRANSCRIPT

**Hold for Co.**

MUNICIPAL COURT
CITY OF MONTGOMERY
THE STATE OF ALABAMA

(2/25)

DATE: 02/28/05

PROPERTY: _____

TO THE JAILER OF THE CITY OF MONTGOMERY

Name: **HENRY AKA JOINER**   Race: Black   Sex: Male   DOB: 09/24/62

Booking #: 20-0500001284                                       SSN: 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

| C- | NUMBER | CHARGE | DOCKET NUMBER | DISPOSITION |
|---|---|---|---|---|
| A | COMM. | ~~HARASSMENT~~ DV 3rd MENACING   M | 2002CRA002538A – 213.00 | or 8 days |
| B | COMM. | DRIVING WHILE SUSP, REV, CANC   M | M3424734 – 244.00 | or 9 days |
| C | COMM. | OTHER TRAFFIC VIOLATIONS   M | M3410289 – 192.00 | or 7 days |
| D | COMM. | OTHER TRAFFIC VIOLATIONS   M | M3409469 – 192.00 | or 7 days |
| E | COMM. | DRIVING WHILE SUSP, REV, CANC   M | M3405229 – 122.00 | or 4 days |
| F | COMM. | OTHER TRAFFIC VIOLATIONS   M | M3405228 – 147.00 | or 5 days |
| G | COMM. | NO DRIVERS LICENSE | M2345650 – 139.00 | or 5 days |
| H | COMM. | SPEEDING   M | M2345649 – 184.00 | or 7 days |

**52 DAYS OR $1,433.00**

Deft can be released upon payment of 1/2.

RECEIVED 2005 JUL 26 A 3:30

2005 FEB 28 P 2:05

Signature 2/28/05

Patrick J. Hurley
CLERK OF MUNICIPAL COURT

# MONTGOMERY MUNICIPAL COURT
## STATE OF ALABAMA

Date & Time: 4-15-05   BOOKING NUMBER: 1284

TO THE WARDEN OF THE MONTGOMERY CITY JAIL, RELEASE:

NAME: Henry Joiner
RACE: B   SEX: M   DOB: 9-24-62   SSN: 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
this 17th day of April, 2005.

Les Hayes    CLJ
*Presiding Judge*    by:

| | CHARGE DESCRIPTION | CASE # | # DAYS SERVED | AMOUNT PAID | BALANCE DUE |
|---|---|---|---|---|---|
| 1 | DV 3rd Menacing | 2002CRA002538A | 8 | ✓ 0 | 0 |
| 2 | Driving While Susp. Rev Conc | M3424734 | 9 | ✓ 0 | 0 |
| 3 | Other Traffic Violations | M3410289 | 7 | ✓ 0 | 0 |
| 4 | Other Traffic Violations | M3409469 | 7 | ✓ 0 | 0 |
| 5 | Driving While Susp. Rev. | M3405229 | 4 | ✓ 0 | 0 |
| 6 | Other Traffic Violations | M3405228 | 5 | ✓ 0 | 0 |
| 7 | NDL | M2345650 | 5 | ✓ 0 | 0 |
| 8 | Speeding | M2345649 | 7 | ✓ 0 | 0 |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

TOTAL NUMBER OF DAYS SERVED: 52
TOTAL AMOUNT PAID: 0
TOTAL FINE BALANCE DUE: 0
TIME BALANCE TO BE PAID: N/A

**YOU MUST APPEAR IN COURT AT 8:30 A.M. ON THE DUE DATE IF YOUR FINES AND COSTS ARE NOT PAID IN FULL. IF YOU FAIL TO PAY YOUR TOTAL FINE BALANCE AND DO NOT APPEAR, YOU MAY BE ARRESTED.**

MONTGOMERY MUNICIPAL COURT
320 NORTH RIPLEY STREET
MONTGOMERY, AL 36104-2722
(334) 241-2776

## NOTES

Attached Sheets to Case No. 2:05-CV-661-D (WO)

*[RECEIVED 2005 JUL 26 A 9:35]*