2:05-cv-661 Notice will be delivered by other means to:
Henry Joiner
Hale County Jail
70 Correction Drive
Greensboro, AL 36744

Dated: 08/03/05

RECEIVED
2005 AUG -4 A 9:45
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Dear Sir,

This letter is to give Notice to the District Court that I do want to file a notice of Appeal on 2:05-CV-661.

Please send me any and all information I will need to file my appeal.

Please send me another form 83 Civil Complaint form to also file on the Defendants for the injuries that I received in this arrest.

X-rays from from my Radiology Report shows that my M.R.I. of the Cervical Spine has a large portion of the Disc Continues inferiorly suggesting free fragment, there's marked mass Effect upon the Cervical Cord, there's Multilevel Disc Herniations; et, al;

I also want to inform the Court that I will be released from the Hale County Jail by the 12th day of August, 2005 of my Child Support Matters and upon my release I will get:

1. All the Witnesses of all the above matters;
2. A Civil Attorney for said matters;
3. All the legal Documentions to prove all my many allegations; the 2002 arrest report, the booking, the time served and released, the X-rays, the Injury reports, the probation report, the Bond Copies, the Court orders, et. al;

```
<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02
17:37:56-04 bibeau Exp \$' -->
2:05-cv-661 Notice will be electronically mailed to:
Staff Attorneys cc_prose@almd.uscourts.gov


2:05-cv-661 Notice will be delivered by other means to:
Henry Joiner
Hale County Jail
70 Correction Drive
Greensboro, AL 36744
```

4. The 2005 reports and Documents showing my re-arrest, sentencing, and release date for all the very same cases from 2002, witnesses et. al;

5. Then I will be admitted at the Baptist Hospital at home in Montgomery, Alabama as soon as possible to under-go more X-rays, M.R.I.'s, et. al; under the watchful eyes of one of the state's best Neurosurgeon to debate on our next steps of action pertainning to health. I already know that I'll never be able to work again, I just want to keep walking.

6. I trust you still have my list of additional Defendants which I want added to my Civil Suit Appeal.

7. I also am requesting a little time on the street to pesonally perpare my appeal, facts, et. al;

Sincerely Yours
Mr. Joiner

Mr. Henry Carter
P.O. Box 190
Greensboro, AL. 36744

This mail is forwarded from the Hale Co. Jail. The contents have not been evaluated & the Hale Co. Jail is not responsible for the substance or content of the enclosed communication.

Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711

36101-0711