IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY JOINER, </br></br> Plaintiff, </br></br> v. </br></br> MONTGOMERY POLICE DEP'T, et al., </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) CIVIL ACTION NO. 2:05cv661-D </br> )          WO </br> ) </br> ) </br> ) |

**ORDER**

Upon CONSIDERATION of Plaintiff Henry Joiner's motion for additional time to file an appeal, and for good cause, it is ORDERED that said motion be and the same is hereby GRANTED and that the time for Plaintiff to file an appeal be and the same is hereby EXTENDED to and including September 15, 2005.

DONE this 5th day of August, 2005.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE