UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

RECEIVED
2005 AUG 10 A 9:52
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Henry Joiner )
    Plaintiff, )
 )
vs. ) CIVIL ACTION NO. 2:05CV661
 )
Montgomery Police Dept, et al., )
 )
    Defendant. )

NOTICE OF APPEAL

Notice is hereby given that ___Henry Joiner___ above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the ___Judgment___ entered in this action on the __28th__ day of __July__, __'05__.

___Henry Joiner___
Signature

__08/09/05__
Date of Signature

P.O. Box 1an
Greensboro, Al 36744
Address

__Forwarding Address__

Henry Joiner
3404 Apt. #D Otis Ln.
Montgomery, Al. 36108