IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 05-14408-J

HENRY JOINER,

                Plaintiff-Appellant,

versus

MONTGOMERY POLICE DEPARTMENT,
CITY OF MONTGOMERY, et al.,

                Defendants-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $250 docketing and $5 filing fees ($255) to the district court clerk within the time fixed by the rules, effective this 22nd day of September, 2005.

                THOMAS K. KAHN
                Clerk of the United States Court
                of Appeals for the Eleventh Circuit

                By:   Deborah Hall
                        Deputy Clerk

                FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

*FILED U.S. COURT OF APPEALS ELEVENTH CIRCUIT — SEP 22 2005 — THOMAS K. KAHN, CLERK*